### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | 8:06CR386 |
| WARREN BLANKENSHIP, | ) ) | **SCHEDULING ORDER** |
| Defendants. | ) ) | |

   IT IS ORDERED that the following is set for hearing on **January 2, 2007** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   -Initial Appearance and Arraignment on Indictment

   Since this is a criminal case, the defendant must be present, unless excused by the Court.

   DATED this 19th day of December, 2006.

                              BY THE COURT:


                              S/ F.A. Gossett
                              United States Magistrate Judge