IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WARREN BLANKENSHIP, )<br>)<br>Defendant. ) | Case No. 8:06CR386<br><br>ORDER |

This matter is before the court on the defendant's oral motion (#22) to continue the initial appearance hearing set for January 2, 2007. For good cause shown, the motion should be granted.

**IT IS ORDERED:**

1. The oral motion to continue the hearing set for 1/2/2007 is granted.

2. The initial appearance before Magistrate Judge F. A. Gossett is set for **January 10, 2007 at 1:30 p.m.**

3. The ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the filing of the motion, the time between **December 29, 2006 and January 10, 2007,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case, and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 29th day of December 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge