# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR386 |
| WARREN BLANKENSHIP, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

    Before the court is defendant's unopposed Motion for Enlargement of Time to File Motion to Suppress [28]. Good cause being shown, the motion will be granted. The Motion to Suppress [29] will be deemed as timely filed.

    IT IS ORDERED:

1. That the Motion for Enlargement of Time to File Motion to Suppress [28] is granted; and

2. That the evidentiary hearing on the Motion to Suppress [29] is set for **March 30, 2007 at 9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 27th day of February, 2007.

                                     BY THE COURT:

                                     s/ F.A. Gossett
                                   United States Magistrate Judge