IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CR386 |
| ) | |
| WARREN BLANKENSHIP, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

Before the court is defendant's unopposed Motion to Continue [34]. Good cause being shown, the motion will be granted. The evidentiary hearing on the Motion to Suppress [29] will be rescheduled.

IT IS ORDERED:

1. That the Motion to Continue [34] is granted; and

2. That the evidentiary hearing on the Motion to Suppress [29] is rescheduled for **May 22, 2007 at 9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 3rd day of April, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge