IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR386 |
| v. | ) | |
| WARREN BLANKENSHIP, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant's application to proceed in forma pauperis on appeal in this case pursuant to 28 U.S.C. § 1915. Filing No. 76. The court has reviewed the application and finds it should be granted. Further, the court finds defendant should have appointed counsel for this appeal. The court hereby appoints the Federal Public Defender's office to represent the defendant.

IT IS ORDERED:

1. Defendant's motion to proceed in forma pauperis, Filing No. 76, is granted;

2. The court appoints the Federal Public Defender's office to represent the defendant on appeal in this case.

DATED this 15th day of April, 2008.

BY THE COURT:


 s/ Joseph F. Bataillon
Chief United States District Judge