IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06cr386 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| WARREN BLANKENSHIP, | ) ) ) ) | |
| Defendant. | ) | |

Pursuant to the Opinion of the Eighth Circuit Court of Appeals remanding this case to the district court for resentencing;

IT IS ORDERED:

1. That resentencing of the defendant is scheduled before the undersigned on May 28**, 2009, at 1:30 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant must be present for this hearing.

**2. The U.S. Marshal's Office is directed to return the defendant to this district for the above hearing.**

DATED this 24th day of March, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States Chief District Judge